FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FEB 1 6 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00271-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

NYAHUMA K. MACHARIA,

      Plaintiff,

v.

SUSAN B. DAMOUR, Regional Administrator,
CHUCK JOHNSON, Project Manager, and
SARAH C. HUDDLE, Contract Specialist,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 and a Complaint.   As part of the court's review pursuant to

D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are

deficient as described in this order.  Plaintiff will be directed to cure the following if he

wishes to pursue his claims.  Any papers which the Plaintiff files in response to this

order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   __   is not submitted
(2)   __   is not on proper form (must use the court's current form)
(3)   _X_   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   _X_   affidavit is incomplete
(6)   _X_   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or

|       |     | application |
|-------|-----|-------------|
| (8)   | __  | An original and a copy have not been received by the court. |
|       |     | Only an original has been received. |
| (9)   | __  | other _____ |

**Complaint or Petition**:

| (10)  | __  | is not submitted |
|-------|-----|-------------|
| (11)  | X   | is not on proper form (must use the court's current form) |
| (12)  | X   | is missing an original signature by the Plaintiff |
| (13)  | __  | is incomplete |
| (14)  | __  | uses et al. instead of listing all parties in caption |
| (15)  | __  | An original and a copy have not been received by the court.  Only an original has been received. |
| (16)  | __  | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17)  | __  | names in caption do not match names in text |
| (18)  | __  | other _____ |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED February 16, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-00271-BNB

Nyahuma K Macharia
19152 E Garden Place
Centennial, CO 80015

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and of the Title VII Complaint forms** to the above-named individuals on February 16, 2011.


GREGORY C. LANGHAM, CLERK


By:_____
                Deputy Clerk