FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 3 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00271-BNB

NYAHUMA K. MACHARIA,

        Plaintiff,

v.

SUSAN B. DAMOUR, Regional Administrator,
CHUCK JOHNSON, Project Manager, and
SARAH C. HUDDLE,

        Defendants.

_____

ORDER OF DISMISSAL

_____

        Plaintiff, Nyahuma K. Macharia, initiated this action on February 2, 2011, by filing

*pro se* a complaint and motion for leave to proceed under 28 U.S.C. § 1915.  On

February 16, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Macharia to cure

certain deficiencies in this action within thirty days.  Specifically, he was directed to file

an amended complaint with an original signature on the proper, Court-approved form

and an amended § 1915 motion with an original signature and a complete and properly

notarized affidavit.  On March 15, 2011, he filed a signed amended complaint and a

signed amended § 1915 motion and affidavit.  On March 18, 2011, Mr. Macharia was

granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

        On April 14, 2011, Magistrate Judge Boland ordered Mr. Macharia to file within

thirty days a second and final amended complaint on the Court-approved complaint

form that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil

Procedure. Magistrate Judge Boland warned Mr. Macharia that, if he failed to file a

second and final amended complaint in compliance with the April 14 order, the

amended complaint and the action would be dismissed without further notice. On June

9, 2011, Mr. Macharia submitted a document titled "Second and Final Amended

Complaint" and a motion titled "Motion for Appointed [sic] of Counsel." On June 10,

2011, Magistrate Judge Boland entered a minute order that denied Mr. Macharia's

request for legal advice in the document titled "Second and Final Amended Complaint,"

and denied as premature Mr. Macharia's motion for the appointment of counsel to

represent him.

Mr. Macharia has failed within the time allowed to file a second and final

amended complaint that complies with the April 14 order or otherwise to communicate

with the Court in any way.

Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without

prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of

Plaintiff, Nyahuma K. Macharia, to file within the time allowed a second and final

amended complaint as directed in the April 14, 2011, order, and for his failure to

prosecute.

DATED at Denver, Colorado, this   23rd   day of ____June_____, 2011.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00271-BNB

Nyahuma Kamau Macharia
19152 E Garden Place
Centennial, CO 80015

     I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 23, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                     Deputy Clerk